**DISMISS and Opinion Filed March 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00180-CR

**LENNARDO PAYNE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76428-P**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Reichek

Before the Court is Lennardo Payne's February 19, 2019 motion for extension of time to file his notice of appeal. Following his open plea of guilty, appellant was convicted, on November 13, 2018, of theft of an automated teller machine and its contents valued at less than $300,000. Appellant then filed his notice of appeal on February 8, 2019.

A defendant perfects his appeal by timely filing a written notice of appeal with the trial court clerk. *See* TEX. R. APP. P. 25.2(c). To be timely, the notice of appeal must be filed within thirty days after the date sentence was imposed or within ninety days after sentencing if the defendant timely filed a motion for new trial. *See* TEX. R. APP. P. 26.2(a). The rules of appellate procedure allow the time to file a notice of appeal to be extended if the party files, within fifteen days of the filing deadline, both the notice of appeal and a motion to extend the time to file the

notice of appeal. *See* TEX. R. APP. P. 10.5(b), 26.3.  In the absence of a timely perfected notice of appeal, the Court must dismiss the appeal.  *Ex parte Castillo*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012); *Slaton v. State*, 981S.W.2d 208, 210 (Tex. Crim. App. 1998).

In this case, the trial court entered judgment on November 13, 2018.  Appellant did not file a motion for new trial; therefore, his notice of appeal was due on December 13, 2018.  Any motion to extend the time to file the notice of appeal would have been due on or before December 28, 2018.  Appellant filed his notice of appeal on February 8, 2019 and a motion to extend time to file the same on February 19, 2019.  Both the notice of appeal and extension motion were untimely.

Under these circumstances, we must dismiss this appeal for want of jurisdiction.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190180F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LENNARDO PAYNE, Appellant

No. 05-19-00180-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F18-76428-P.
Opinion delivered by Justice Reichek, Justices Whitehill and Molberg participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered March 1, 2019